# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY T. RUSSELL, | Case No. EDCV 23-0038-DOC (JPR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NATHAN TOWNSEND et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action for Failure to Prosecute and Failure to State a Claim, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: August 1, 2023

*/s/ David O. Carter*
DAVID O. CARTER
U.S. DISTRICT JUDGE